Case 2:24-cv-01026-DAD-JDP   Document 1   Filed 04/05/24   Page 1 of 5

COURT COPY
FILED
APR 0 5 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern ___ Eastern District of California

Disabled Stroke Survivor Abuse Division

| | |
|---|---|
| JeanMarcVandenHeuvelA.K.A.JohnMarkVandenHeuv--el: Inmate #132049:E.D.C.Prison Facility,S.L.T.#6 Mos.Solitaire Custody,Uninvestigated Gun Accusations #3 Dirt-Bags Marijuana Farmers  *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2.24-CV-1026-DAD-JDP (PS) *(to be filled in by the Clerk's Office)*  Jury Trial: *(check one)*  ✓ Yes   ☐ No |
| -v- | |
| Office Max/OfficeDepot,Predjudicial Trespass Injurous Police Request Evictions,Generating Further Public Injuries by the Flailings of Persceptions by Society.  *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jean Marc Van den Heuvel:Abused Artisan,Ex $30,000.00 Income |
| Street Address | 3045 Sacramento Street;Homeless/Transient Postal Delivery |
| City and County | Placerville: Traditional "Hang Town U.S.A." Human Cruelties. |
| State and Zip Code | California 95667 |
| Telephone Number | 530/499/2970 |
| E-mail Address | 1): jeanmarc57@juno.com  2): jeanmarcvandenheuvel@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: Office Max/ Office Depot,& Reklessly Placed Empolyees :Patria/L
- Job or Title (if known): Abusive employees making,and taking the choices to exploit police
- Street Address: 3041 Forni Road /660 N.Military Trail BoccaRaton Fl.33496
- City and County: Boca Raton Florida
- State and Zip Code: Florida 33496
- Telephone Number: 561/395/4001
- E-mail Address (if known): N.A.

**Defendant No. 2**

- Name: Office Max,Going out of business :Incidental Occurance 2023
- Job or Title (if known): California Superior Court Case,Dismissed,due to failed "Zoom"
- Street Address: 3041 Forni Road .
- City and County: Placerville ElDorado County : CA. 95667.Police Report : Trespass
- State and Zip Code: California 95667   DEFENSE DIVISION : 55Penal Code § 602 PC
- Telephone Number: 530/626/9453
- E-mail Address (if known): N.A.

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The intent malicious act,of calling the Placerville Police Department to "trespass a stroke survivor making an efforts to avoid further processed of eggotistical "pleasures of flailings to a handicap person,as what humans do,absent the compassions of a known "handicap conditions by doing so,impliments the "sickness of joys" from the intentional absences of awareness of the realities of the ongoing accusations and injuries by the publics perseptions...Shameful Intent Cruelty Sub Standard.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
      The plaintiff, *(name)* JeanMarcVandenHeuvel:A.K.A.Inmate,wrong, is a citizen of the State of *(name)* Imprisoned for #6mos.on false gun alleged.

   b. If the plaintiff is a corporation
   
      The plaintiff, *(name)* for the "uninvestigated placements,then the, is incorporated under the laws of the State of *(name)* exposed toxicity by being misplaced at compro-, and has its principal place of business in the State of *(name)* -mised social life conditions,accepting natural.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
      The defendant, *(name)* abuses by therelative society,include:star-, is a citizen of the State of *(name)* -bucks coffee houses.(#2) at the social bega. Or is a citizen of *(foreign nation)* -n social cruelty : A.D.A. victim,Plain.

b.  If the defendant is a corporation

The defendant, *(name)* <u>The remaining Office Depot at the main</u>, is incorporated under the laws of the State of *(name)* <u>Office Locations,not able to utilize the "El</u>, and has its principal place of business in the State of *(name)* <u>Dorado County Judicials to justify the</u>. Or is incorporated under the laws of *(foreign nation)* <u>accusations of "vexciatious littigant</u>, and has its principal place of business in *(name)* <u>status,and oustings of judicial "peral</u>.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

the claims of $150,000,000.00  One hundred and fifty thousand dollars for the "amusing injuries to the well endured stroke / broken brain survivor : 08/10/2014 the early day of the pre-determined,destructive "stroke" that destroyed the artisan life of artist,creative orphan from the Belgian Congo,arriving to East Los Angeles,and enduring the similar "joys of abusive treatments that were placed on almighty God,Jesus Christ,as Patria,and Lisa made an effort to.

## III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

$150,000,000.00 for the simple corrections for the ignorant,high blood preasures,emotional,P.T.S.D. experiences brought to the forefronts by the ongoing relative socially understood as satisfactory,the implimentations of predestined forethoughts,of intentful miseries to another human being,absent consequences of a hardened heart. Repeat,the excellerated monetary values that came from the closures of "justified conditions on February20,2024,a case that was placed on the judicial calander,some incredible time into the later court schedules,to create the absence of accountabilities,also the contempt causes of injuries by the baliff of that courts request to have the "shoes" removed by the Plaintiff,at the planned "Zoom" :failed unspecified justifications

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The reliefs should be awarded due to the natures of incredible human desired "selfishness" by the beliefs of popular "gossips" concerning the intellectually seasoned,yet broken brain plaintiff that does obtrude with others lives,but honors qualities of experienced life "ethos" by exposures of selflessness through the actions of engagements of true purpose,and love for humanity.Wounded Warrior is a big commitment and intersts in provisions fr veterans and people of dedicated warrior ability and desires to "never quit" like exemployee Navy SEAL medic team chieff #32 year SEAL dedicated examples being of Christ like presence.

as a new art form, of creativity, That desires to create something out of almost nothing exists in the heart of this newly graduated broken stroke brain injured littigant at making "art with words" of understood clarities through almighty God.

The imediate $150,000,000,00 One hundred and fifty million dollars, paid by the Office Depot /Office Max, would certain their intent reasons to "screan their employees, to make sure that the employees do not take their service jobs to a new, selfish life perspectives, and simply conclude to the art of "helping others, and not destroying life"

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/17/2024

Signature of Plaintiff
Printed Name of Plaintiff  Jean Marc Van den Heuvel: A.K.A. Inmate #132049 : E.D.C.Prison

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____