1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEAN MARC VAN DEN HEUVEL, | No. 2:24-cv-01026-DAD-JDP (PS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| OFFICE MAX, et al., | |
| Defendants. | (Doc. Nos. 1, 3) |

Plaintiff Jean Marc Van den Heuvel proceeds *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2024, the assigned magistrate judge granted plaintiff's application to proceed *in forma pauperis* and also issued findings and recommendations recommending that this action be dismissed. (Doc. No. 3.) Specifically, the magistrate judge concluded that plaintiff's complaint "is incomprehensible," "[t]he allegations are unintelligible and bereft of substance," and "it would be futile to offer plaintiff an opportunity to amend." (*Id.* at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

3.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 27, 2024 (Doc. No. 3) are adopted in full;
2. Plaintiff's complaint is dismissed without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2