## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JEAN MARC VAN DEN HEUVEL,**

v.

**OFFICE MAX, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:24–CV–01026–DAD–JDP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/18/2024**

**Keith Holland**
Clerk of Court

ENTERED: **October 18, 2024**

by: /s/ L. Mena–Sanchez
Deputy Clerk